William Lee RICHARDSON, Jr., Plaintiff–Appellant,

v.

The State of MARYLAND; The State of West Virginia; United States of America, Defendants–Appellees.

No. 01–2190.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

William Lee Richardson, Jr., Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Lee Richardson, Jr., seeks to appeal the district court's order dismissing his civil complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Richardson v. Maryland*, No. CA–01–778–2 (S.D.W.Va. Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*